608

Ronald MORRISON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79317.

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 2002.

Mark Grothoff, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andara Charlton, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Movant, Ronald Morrison appeals from the denial of his Rule 29.15 motion after an evidential hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears.

An opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).